We wish to thank Jeff Payne of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Eighth Judicial District, County of Gallatin, STATE OF MONTANA, Plaintiff vs. WILLIAM MICHAEL MORAN, Defendant.

DECISION

No. BDC-87-092

The application of the above-named defendant for a review of the sentence of 10 years for Issuing a Bad Check, consecutive to current sentence Defendant is now serving imposed on July 27, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 10 years for the crime of Issuing a Bad Check. This sentence shall be served consecutively to the sentence that defendant is now serving.

This Board recognizes that the Petitioner should spend prison time for this offense, however, the restitution is also important. Therefore, the Board suspends the 10 year sentence so the individual can start to repay the restitution at a sooner date.

A condition of this sentence is that the Petitioner shall not have a checking account and must pay full restitution.

We wish to thank Mark Smith of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. TIMOTHY LEE DAVIS, Defendant.

DECISION

No. 6898

The application of the above-named defendant for a review of the sentence of 10 years with 7 years suspended for Issuing a Bad Check; $1,515.46 Restitution; transfer to Swan River within 30 days of his arrival at MSP, imposed on August 1, 1986, was fully heard and after a careful consideration of the entire matter it is decided that:

30

the sentence shall be amended to five years with 2 years suspended. The restitution and conditions of probation remain the same as originally imposed.

Reasons for amendment are:

(1) The age of the defendant;

(2) The nature of his crime was that of non-violence; and

(3) The petitioner appears to be a good prospect for rehabilitation.

HONORABLE DOUGLAS HARKIN DISSENTING: He would continue with the Sentence originally imposed because of the poor performance the Defendant showed while on probation.

We wish to thank William Joyce of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, dissenting.

From: The District Court of the Sixth Judicial District, County of Park, STATE OF MONTANA, Plaintiff vs. SEAN KELLY GRAVES, Defendant.

## DECISION

No. 87-21

The application of the above-named defendant for a review of the sentence for Count III, Burglary; Count IV, Burglary; Count V, Theft; 8 years on each count to run concurrently with 4 years suspended on each count; Swan River Recommended; $1,000 restitution, imposed on July 14, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Eileen Joyce of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. JAMES EDWARD KEOUGH, Defendant.

## DECISION

No. BDC-87-031